UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. Malka L. Goodman, Trustee of the Aviel Goodman Revocable Trust, Assignee of Dr. Aviel Goodman, | Civil File No.: 19-cv-1815 PAM/ECW |
| Plaintiff, | |
| v. | AFFIDAVIT OF JOSEPH F. LULIC |
| Economy Premier Assurance Company, and MetLife Auto & Home Insurance Agency, Inc. | |
| Defendants. | |

STATE OF MINNESOTA )
                          ) ss
COUNTY OF HENNEPIN )

      Joseph F. Lulic, of Brownson PLLC, being duly sworn and under oath, states and alleges as follows:

      1.     I am one of the attorneys representing Defendants Economy Premier Assurance Company, and MetLife Auto & Home Insurance Agency, Inc. ("Economy") and I am familiar with the facts and circumstances of this case.

      2.     This Affidavit is submitted in opposition to Plaintiff's Motion for Summary Judgment.

      3.     Attached hereto and marked as Exhibit 1 is an excerpt of the deposition of Malka Goodman taken September 24, 2020.

      4.     Attached hereto and marked as Exhibit 2 is an excerpt of the deposition of Malka Goodman taken October 1, 2020.

5. Attached hereto and marked as Exhibit 3 is an excerpt from Economy Premier Assurance Company Policy 6557430730 issued to Dr. Aviel L. Goodman.

6. Attached hereto and marked as Exhibit 4 is the February 1, 2020 Assignment of Insurance Claims/Proceeds executed by Aviel L. Goodman.

FURTHER YOUR AFFIANT SAYETH NOT.

Joseph F. Lulic

Subscribed and sworn to before me
this 25th day of November, 2020.

Notary Public

LYNNAE I. WASKOSKY
Notary Public-Minnesota
My Commission Expires Jan 31, 2025